**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

# NOT DESIGNATED FOR PUBLICATION

Adam Frank      DOC No. 213548
M. P. W. Y.      Oak-1-8
Louisiana State Pentientiary
Angola LA 70712


**REHEARING ACTION: September 5, 2012**


**Docket Number: 11   00935-KH**

**STATE OF LOUISIANA**
**VERSUS**
**ADAM FRANK**

**Writ Application from St. Landry Parish Case No. 03-K-0233**


**BEFORE JUDGES**:

   **Hon. Oswald A. Decuir**
   **Hon. Billy Howard Ezell**
   **Hon. J. David Painter**


As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Adam Frank** has this day been

   **DENIED.**


cc: Earl B. Taylor, Counsel for the Respondent